IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION


**BRANDY K. HAYNES**                                                                                          **PLAINTIFF**

**V.**                                                                                            **NO. 3:13CV00274-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                                   **DEFENDANT**


### ORDER DISMISSING CASE

Before the court is Plaintiff's Motion to Dismiss Appeal [15]. In support of the motion, Plaintiff states, *inter alia*, that "there are no issues for which the Plaintiff could prevail before this Court." In her Response [16], the Commissioner agrees with Plaintiff's assessment.

Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Therefore, it is

**ORDERED** that the instant motion is granted, and this case is **DISMISSED** with prejudice.

This 26th day of March, 2014.

                                                                        /s/ Jane M. Virden
                                                                        UNITED STATES MAGISTRATE JUDGE